IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGEL D. FAUVER,           )<br>    Plaintiff,                       )<br>                                       )<br>v.                                      )      CIVIL ACTION NO. 1:22-00193-N<br>                                       )<br>KILOLO KIJAKAZI, *Acting*      )<br>*Commissioner of Social Security*, )<br>    Defendant.                     )  | |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant Commissioner of Social Security and against Plaintiff Angel D. Fauver, in accordance with the Memorandum Opinion and Order entered on this date affirming the Commissioner's final decision denying Fauver's application for Social Security benefits.

**DONE** this the **11th** day of **September 2023**.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**